No. 97–670. BELLOWS v. AMOCO OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consid-

eration or decision of this petition. 